IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHABONDY SIMPSON,

        Petitioner,                No. CIV S-05-0640 EJG DAD P

        vs.

M. EVANS,

        Respondent.          ORDER

_____/

        Respondent has requested a thirty day extension of time in which to file a response to the petition for writ of habeas corpus filed by petitioner.  GOOD CAUSE APPEARING, respondent is granted an extension of time to and including June 5, 2005, in which to file a response to the petition for writ of habeas corpus filed by petitioner.

DATED: May 13, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
simp0640.111