IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHABONDY SIMPSON,

    Petitioner,               No. CIV S-05-0640 DFL[1] DAD P

    vs.

M. EVANS,

    Respondent.        ORDER

_____/

    Respondent has requested a second thirty-day enlargement of time to file a response to the petition for writ of habeas corpus pursuant to this court's order.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Respondent's May 26, 2005 request for an enlargement of time is granted; and

    2. Respondent is granted until July 5, 2005, in which to file a response to petitioner's petition.

DATED: May 27, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
simp0640.111s

---

[1] On April 12, 2005, this action was reassigned from Judge Edward J. Garcia to Chief Judge David F. Levi.