IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHABONDY SIMPSON,

    Petitioner,                   No. CIV S-05-0640 DFL DAD P

    vs.

M. EVANS,

    Respondent.             <u>ORDER</u>

_____/

    Respondent has requested a third[1] thirty-day enlargement of time to file a response to the petition for writ of habeas corpus pursuant to this court's order filed April 6, 2005.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Respondent's July 1, 2005 application for enlargement of time is granted; a fourth extension of time will not be granted absent compelling reasons related to this case; and

    2. A response to the petition for writ of habeas corpus shall be filed on or before August 4, 2005.

DATED: July 5, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
simp0640.111t

---

    [1] Respondent's application states erroneously that it is respondent's first application for an enlargement of time. Thirty-day extensions were requested on May 5, 2005, and May 25, 2005.