IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHABONDY SIMPSON,

    Petitioner,               No. CIV S-05-0640 DFL DAD P

  vs.

M. EVANS,

    Respondent.         ORDER
_____/

        Petitioner has requested a thirty-day extension of time to file and serve a traverse pursuant to the court's order of April 6, 2005. Petitioner's traverse is currently due on August 28, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's August 19, 2005 request for extension of time is granted; and

        2. Petitioner is granted an extension of time to September 27, 2005, in which to file and serve a traverse.

DATED: August 25, 2005.

                                    /s/ Dale A. Drozd
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

DAD:13:kf
simp0640.111trav