IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHABONDY LAMAR SIMPSON,

    Petitioner,                    No. CIV S-05-0640 JAM DAD P

  vs.

M. EVANS, Warden,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's July 22, 2009 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

/////

1

court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: (1) whether his right to due process was violated by the introduction of perjured testimony at his trial; (2) whether his Sixth and Fourteenth Amendment rights were violated by the trial court's denial of his motion for new trial; (3) whether he received ineffective assistance of trial and appellate counsel; (4) whether the prosecutor committed misconduct by allowing one of the prosecution witnesses to give perjured testimony; (5) whether the prosecutor failed to disclose exculpatory evidence to the defense; and (6) whether the trial court violated his right to due process when it responded improperly to a question from the jury.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED: August 31, 2009

/s/ John A. Mendez
U. S. District Court Judge

/simpson640.coa

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.